# Memorandum

United States Attorney's Office
Eastern District of California



| | | | |
|---|---|---|---|
| Subject: | 2:20-CR-016-JAM<br>U.S. v. Alan Hansen | Date: | February 7, 2020 |
| To: | The Honorable John A. Mendez,<br>Courtroom Deputy Harry Vine, and<br>The Honorable Edmund F. Brennan,<br>Courtroom Deputy Nic Cannarozzi | From: | Andre M. Espinosa<br>U.S. Attorney's Office<br>Eastern District of California<br>501 I Street, Ste 10-100<br>Sacramento, California 95814<br>Telephone: (916) 554-2700 |

The United States requests that the Court set the above-referenced matter for Judge Brennan's 2:00 p.m. calendar on March 30, 2020, for arraignment and waiver of indictment.

The United States further requests that the Court set the above-referenced matter for Judge Mendez's 9:15 a.m. calendar on March 31, 2020, for a change of plea hearing.

The parties have been contacted informally, and they will have additional notice through this request and any further notice the Court files.

The parties agree that this notice supersedes any previously filed notice seeking hearings on earlier dates in March.

Alan Hansen is currently not in custody.