# LAW OFFICES OF DAVID D. FISCHER
## A PROFESSIONAL CORPORATION

Rocklin Professional Building  
5701 Lonetree Blvd. Suite 312  
Rocklin, CA 95765

Telephone: (916) 447-8600  
Fax: (916) 930-6482  
E-Mail: davefischer@yahoo.com

M E M O R A N D U M

TO:     The Honorable Edmund F. Brennan, and Courtroom Deputy Nic Cannarozzi

FROM:   David D. Fischer, Attorney for Alan Hansen

DATE:   March 26, 2020

RE:     USA v. Alan Hansen  
        Case No.:  2:20-cr-00016 JAM

      Pursuant to an agreement between the parties, the defendant requests that the Court continue the above-referenced matter to Magistrate Judge Newman's 2:00 p.m. calendar on June 15, 2020, for arraignment and waiver of indictment, and vacate the currently scheduled date of March 30, 2020, at 2:00 p.m. before Magistrate Judge Brennan.