# LAW OFFICES OF DAVID D. FISCHER
 A PROFESSIONAL CORPORATION

Rocklin Professional Building  Telephone: (916) 447-8600
5701 Lonetree Blvd. Suite 312  Fax: (916) 930-6482
Rocklin, CA 95765  E-Mail: david.fischer@fischerlawoffice.com

M E M O R A N D U M

TO: Gabriel Michel, Courtroom Deputy to the Hon. John A. Mendez

FROM: David D. Fischer, Attorney for Alan Hansen

DATE: December 7, 2021

RE: USA v. Alan Hansen
Case No.: 2:20-cr-00016 JAM

Pursuant to an agreement between the parties, Defendant Alan Hansen respectfully requests that the Court modify the sentencing schedule as follows:

| | |
|---|---|
| Judgment and Sentencing date: | March 29, 2022 at 9:30 a.m. |
| Reply or Statement of No Opposition And any Sentencing Memos: | March 22, 2022 |
| Motion for Correction Filed: | March 15, 2022 |