1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 SECURITIES AND EXCHANGE COMMISSION, | ) ) | Case No. 2:22-CV-01726-DB |
| 12 | ) | |
| 13 Plaintiff, | ) ) | ORDER REASSIGNING RELATED CASES |
| 14 v. | ) ) | |
| ARI J. LAUER | ) | |
| 15 | ) | |
| 16 Defendant. | ) ) | |
| 17 | ) | |
| SECURITIES AND EXCHANGE | ) | Case No. 2:20-CV-00180-JAM-DB |
| 18 COMMISSION, | ) | |
| 19 Plaintiff, | ) ) ) | |
| 20 v. | ) ) | |
| 21 JEFFREY P. CARPOFF and PAULETTE CARPOFF, | ) ) | |
| 22 | ) | |
| 23 Defendants. | ) ) ) | |
| 24 UNITED STATES OF AMERICA, et al., | ) ) | Case No. 2:19-CV-00247-JAM-DB |
| 25 | ) | |
| 26 Plaintiffs, | ) ) | |
| 27 v. | ) ) | |
| 28 REAL PROPERTY LOCATED AT 725 MAIN STREET, MARTINEZ, CALIFORNIA, CONTRA COSTA COUNTY, | ) ) ) | |

```
 1   APN: 373-192-007-4, INCLUDING      )
     ALL APPURTENANCES AND              )
 2   IMPROVEMENTS THERETO, et al.,      )
                                        )
 3                   Defendants.        )
                                        )
 4   _____   )
     UNITED STATES OF AMERICA,          )   Case No. 2:19-CV-00485-JAM-DB
 5   et al.,                            )
                                        )
 6                   Plaintiffs,        )
                                        )
 7        v.                            )
                                        )
 8   APPROXIMATELY $6,567,897.50        )
     SEIZED FROM CTBC BANK, ACCOUNT     )
 9   NUMBER 3800191916, et al.,         )
                                        )
10                   Defendants.        )
                                        )
11   UNITED STATES OF AMERICA,          )   Case No. 2:19-CV-00636-JAM-DB
     et al.,                            )
12                                      )
                     Plaintiffs,        )
13                                      )
          v.                            )
14                                      )
     5383 STONEHURST DRIVE, MARTINEZ,   )
15   CALIFORNIA, CONTRA COSTA COUNTY,   )
     APN: 367-230-018-7, INCLUDING      )
16   ALL APPURTENANCES AND              )
     IMPROVEMENTS THERETO, et al.,      )
17                                      )
                     Defendants.        )
18                                      )
     UNITED STATES OF AMERICA,          )   Case No. 2:19-CR-00182-DAD
19                                      )
                     Plaintiff,         )
20                                      )
          v.                            )
21                                      )
     RONALD J. ROACH, and JOSEPH W.     )
22   BAYLISS,                           )
                                        )
23                   Defendants.        )
                                        )
24   SECURITIES AND EXCHANGE            )   Case No. 2:19-CV-02140-JAM-DB
     COMMISSION,                        )
25                                      )
                     Plaintiff,         )
26                                      )
          v.                            )
27                                      )
     JOSEPH BAYLISS and RONALD ROACH,   )
28                                      )
```

```
                      Defendants.   )
UNITED STATES OF AMERICA,           )   Case No. 2:19-CR-00222-JAM
                                    )
                      Plaintiff,    )
                                    )
     v.                             )
                                    )
ROBERT A. KARMANN,                  )
                                    )
                      Defendant.    )
                                    )
SECURITIES AND EXCHANGE             )   Case No. 2:19-CV-02531-JAM-DB
COMMISSION,                         )
                                    )
                      Plaintiff,    )
                                    )
     v.                             )
                                    )
ROBERT A. KARMANN,                  )
                                    )
                      Defendant.    )
                                    )
UNITED STATES OF AMERICA,           )
                                    )   Case No. 2:20-CR-00017-JAM
                      Plaintiff,    )
                                    )
     v.                             )
                                    )
JEFF CARPOFF,                       )
                                    )
                      Defendant.    )
                                    )
UNITED STATES OF AMERICA,           )
                                    )   Case No. 2:20-CR-00018-JAM
                      Plaintiff,    )
                                    )
     v.                             )
                                    )
PAULETTE CARPOFF,                   )
                                    )
                      Defendant.    )
                                    )
UNITED STATES OF AMERICA,           )   Case No. 2:20-CR-00003-DAD
                                    )
                      Plaintiff,    )
                                    )
     v.                             )
                                    )
RYAN GUIDRY,                        )
                                    )
                      Defendant.    )
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00016-JAM |
| Plaintiff, | |
| v. | |
| ALAN HANSEN, | |
| Defendant. | |
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation, | Case No. 2:19-CV-02544-DAD-DB |
| Plaintiff, | |
| v. | |
| Bankruptcy Estate of DC SOLAR SOLUTIONS, INC., dba DC SOLAR SOLUTIONS MFG, INC. dba DC SOLAR SOLUTIONS MANUFACTURING, INC., a California corporation; et al., | |
| Defendants. | |
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation; CARL AND BARBARA JANSEN, a married couple, | Case No. 2:20-CV-02446-DAD-DB |
| Plaintiffs, | |
| v. | |
| NIXON PEABODY, LLP, a New York limited liability partnership; FORREST DAVID MILDER, a married individual, | |
| Defendants. | |

On December 2, 2022, this Court ordered that the above-entitled actions be related within the meaning of Local Rule 123 (E.D. Cal. 2005).

IT IS NOW ORDERED that the presiding role in the actions denominated 2:22-CV-01726-DB, 2:20-cv-00180 JAM DB, 2:19-cv-00247 JAM DB, 2:19-cv-00485 JAM DB, 2:19-cv-00636 JAM DB, 2:19-cv-

1  02140 JAM DB, 2:19-cr-00222 JAM, 2:19-cv-02531 JAM DB, 2:20-cr-

2  00017 JAM, 2:20-cr-00018 JAM, 2:20-cr-00016 JAM and 2:19-cv-02544

3  JAM DB be reassigned to Judge Dale A. Drozd for all further

4  proceedings, and that any dates currently set in the reassigned

5  cases be VACATED.  Henceforth, the caption on documents filed in

6  the reassigned case shall be shown as 2:22-CV-01726-DAD DB, 2:20-

7  cv-00180 DAD DB, 2:19-cv-00247 DAD DB, 2:19-cv-00485 DAD DB, 2:19-

8  cv-00636 DAD DB, 2:19-cv-02140 DAD DB, 2:19-cr-00222 DAD, 2:19-cv-

9  02531 DAD DB, 2:20-cr-00017 DAD, 2:20-cr-00018 DAD, 2:20-cr-00016

10  DAD and 2:19-cv-02544 DAD DB.

11       IT IS FURTHER ORDERED that the Clerk of the Court make

12  appropriate adjustment in the assignment of civil cases to

13  compensate for this reassignment.

14       IT IS SO ORDERED.

15

16  Dated:  December 13, 2022        /s/ John A. Mendez

17                                   THE HONORABLE JOHN A. MENDEZ
                                     SENIOR UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28