PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00016-DAD-DB |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| ALAN HANSEN, | |
| Defendant. | |

On December 13, 2023, the United States requested an extension of time to file its response to Defendant's *pro se* motion pursuant to 28 U.S.C. § 2255 (Docket No. 65).

IT IS HEREBY ORDERED the Government's request until January 25, 2024, to file its response is granted.

Dated: December 14, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
hans0016.36gov

1