PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ALAN HANSEN,<br><br>  Defendant. | CASE NO. 2:20-CR-00016-DAD-DB<br><br>[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME |

On January 20, 2024, the United States requested an extension of time to file its response to Defendant's *pro se* motion pursuant to 28 U.S.C. § 2255 (Docket No. 65).

IT IS HEREBY ORDERED the Government's request until February 15, 2024, to file its response is granted.

Dated: January 22, 2024.

_____
HON. JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1