UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent,<br><br>　　v.<br><br>ALAN HANSEN,<br><br>　　　　　Movant. | No.  2:20-cr-0016-DC-SCR-1<br><br><br>ORDER |

      Movant, a federal prisoner who filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 has filed a motion for the appointment of counsel.  ECF No. 64.  There currently exists no absolute right to the appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.  At the present time, the interests of justice do not require the appointment of counsel.

      A further review of the docket in this case indicates that movant's copy of a court order reassigning this matter to a new district court judge was returned on October 21, 2024.  An online search of the Federal Bureau of Prisons' inmate records indicates that movant is currently in custody at FPC Yankton.  Therefore, the Clerk of Court is directed to update movant's address on the docket.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's motion for the appointment of counsel (ECF No. 64) is denied without prejudice.

2. The Clerk of Court is directed to update the docket as a one-time courtesy to movant to reflect his current mailing address of FPC Yankton, Federal Prison Camp, P.O. Box 700, Yankton, SD 57078.

3. A copy of the orders entered on October 8, 2024 (ECF Nos. 76, 77) shall be reserved on movant at this new address by the Clerk of Court.

4. Movant is reminded of his responsibility to update the court with any change of address during the pendency of these proceedings as required by Local Rule 183(b).

5. This matter is deemed submitted on the record as all briefing deadlines on movant's § 2255 motion have expired. The court will issue Findings and Recommendations on the pending § 2255 motion in due course.

DATED: December 26, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE