ERIC GRANT
United States Attorney
AUDREY B. HEMESATH
NICHOLAS M. FOGG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>ALAN HANSEN,<br><br>               Defendant. | CASE NO.  2:20-CR-0016 DAD<br><br>STIPULATION REGARDING HEARING ON RULE 35 MOTION; ORDER<br><br>DATE: October 21, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The defendant pleaded guilty in July 2020 (ECF No. 17) and was sentenced in May 2022 (ECF No. 55). He is still serving his sentence.

2. The government anticipates filing a Federal Rules of Criminal Procedure, Rule 35(b) motion in the coming days.

3. By this stipulation, the parties now agree to set a hearing on the Rule 35 motion for Tuesday October 21, 2025, at 9:30 a.m. before Judge Drozd.

IT IS SO STIPULATED.

Dated: October 16, 2025

ERIC GRANT
United States Attorney

/s/ NICHOLAS M. FOGG
AUDREY B. HEMESATH
NICHOLAS M. FOGG
Assistant United States
Attorneys

Dated: October 16, 2025

/s/ CHRISTOPHER COSCA
CHRISTOPHER COSCA
Counsel for Defendant
ALAN HANSEN

**ORDER**

IT IS SO ORDERED.

Dated: **October 16, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE