1 | ERIC GRANT
United States Attorney
2 | AUDREY B. HEMESATH
NICHOLAS M. FOGG
3 | Assistant United States Attorneys
501 I Street, Suite 10-100
4 | Sacramento, CA  95814
Telephone:  (916) 554-2751
5 | Facsimile:   (916) 554-2900

6 |
Attorneys for Plaintiff
7 | United States of America

8 |

IN THE UNITED STATES DISTRICT COURT

9 |
EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,                  CASE NO.  2:20-CR-0016-DAD-SCR

12 |                              Plaintiff,       ORDER SEALING DOCUMENTS AS SET FORTH
IN GOVERNMENT'S NOTICE
13 |                    v.

14 | ALAN HANSEN,

15 |                              Defendant.

16 |

17 |         Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

18 | Request to Seal, IT IS HEREBY ORDERED that the four-page document pertaining to defendant Alan

19 | Hansen, and the government's Request to Seal shall be SEALED until further order of this Court.

20 |         It is further ordered that access to the sealed documents shall be limited to the government and

21 | counsel for the defendant.

22 |         The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

23 | *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in

24 | the government's request, sealing the three-page document and the government's Request to Seal serves

25 | a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests

26 | ///

27 | ///

28 | ///

ORDER SEALING DOCUMENTS AS SET FORTH IN
GOVERNMENT'S NOTICE
                                              1

1  identified by the government would be harmed. In light of the public filing of its request to seal, the

2  Court further finds that there are no additional alternatives to sealing that would adequately protect the

3  compelling interests identified by the government.

4      IT IS SO ORDERED.

5  Dated:    **October 17, 2025**                                   _Dale A. Drozd_

6                                                          DALE A. DROZD
                                                           UNITED STATES DISTRICT JUDGE

ORDER SEALING DOCUMENTS AS SET FORTH IN
GOVERNMENT'S NOTICE

2