ERIC GRANT
United States Attorney
AUDREY B. HEMESATH
NICHOLAS M. FOGG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALAN HANSEN, <br><br> Defendant. | CASE NO. 2:20-CR-0016-DAD-SCR <br><br> RELEASE ORDER |

For reasons stated in the unopposed motion of the United States filed under seal on October 20, 2025, and in Court on October 21, 2025, IT IS ORDERED that Defendant Alan Hansen be released from custody forthwith.

IT IS FURTHER ORDERED that Defendant Alan Hansen must report to the probation office in the federal judicial district where he is authorized to reside within 72 hours of release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.

IT IS SO ORDERED.

Dated: **October 21, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

RELEASE ORDER